

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

SEP 2 6 2005

J. T. NOBLIN, CLERK
BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

BRENDA MOSLEY                                                    PLAINTIFF

VS.                                                      3:05CV41-HTW-JCS

MDOC                                                            DEFENDANT

## AGREED ORDER OF SETTLEMENT AND DISMISSAL

The Court having been advised that the parties have compromised and
settled the dispute arising from this cause of action, it is hereby

**ORDERED:**

That the above styled and numbered civil action be, and hereby is
dismissed with prejudice, subject to the following provisions:

1. Defendants agree to pay the Plaintiff the sum of Five Thousand
   Two Hundred and Thirteen Dollars and Fifty Nine Cents
   ($5,213.59) for complete satisfaction of any back pay issue.
   Effective November 1, 2005 the Plaintiff will be reallocated to the
   position of Communication Technician II at a salary of Three
   Thousand and Eighty Dollars and Ten Cents ($3,080.10) per
   month.

2. The Plaintiff agrees to dismiss this instant cause, as well as any
   other state or Federal action that has the Mississippi Department of

Corrections or any of its employees named as defendant(s). The Plaintiff further agrees that she will not file any suit against the aforementioned parties in the State or Federal Courts for any event that happened or began prior to the signing of this order.

3. The parties agree that nothing in this agreement in any way affects the Employee Appeals Board case <u>Mosley v. MDOC</u> EAB# 04-046 as it is appealed through the Mississippi State court systems.

4. The parties expressly acknowledge that no property or liberty right attaches to this agreement except those rights already guaranteed by law.

5. It is expressly understood by the parties that the provisions of this order do not constitute a "prevailing" or an admission of liability by the Defendants or a recognition or vindication of Plaintiff's constitutional rights and are agreed solely as a compromise to avoid expense and to terminate all controversy and claim for damages arising from the incidents set forth in Plaintiff's complaint herein.

6. The parties hereby obligate themselves to seek in good faith an informal resolution to any dispute as to term or applicability of this order prior to instituting any recommended action relative thereto.

7. Each side shall bear its own costs incurred including all attorneys'

fees and expenses pursuant to the instant motion.

**SO ORDERED AND ADJUDGED,** this, the _26th_ day of

_September_, 2005.

_Henry T. Wingate_
UNITED STATES DISTRICT JUDGE

APPROVED:
_Brenda Mosley_
BRENDA MOSLEY
PLAINTIFF PRO SE

_____
LEONARD C. VINCENT
ATTORNEY FOR DEFENDANT

Civil Action No. 3:05-cv-41 WS
Agreed Order of Settlement and Dismissal